289 So.2d 808

**In re Elkin CLARKE, alias**

v.

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**SC 656.**

Supreme Court of Alabama.

Jan. 24, 1974.

William J. Baxley, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for the State.

No brief for respondent.

BLOODWORTH, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Clarke, alias v. State, 51 Ala.App. 222, 283 So.2d 671.

Writ denied.

HEFLIN, C. J., and COLEMAN, McCALL and JONES, JJ., concur.

293 So.2d 828

**In re Lewis Ben CLAY, alias**

v.

**STATE.**

**Ex parte Lewis Ben Clay, alias Ben Clay.**

**SC 794.**

Supreme Court of Alabama.

May 2, 1974.

Maye, Melton, Kent & Gunter, Opelika, for petitioner.

No brief for the State.

McCALL, Justice.

Petition of Lewis Ben Clay, alias Ben Clay, for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Clay, alias v. State, 52 Ala.App. 272, 291 So.2d 364.

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH and JONES, JJ., concur.

289 So.2d 656

**In re Gus CONNER, Jr.**

v.

**STATE.**

**Ex parte Gus Conner, Jr.**

**SC 650.**

Supreme Court of Alabama.

Jan. 31, 1974.

Sheldon Fitts, Marion, for petitioner.

No brief for the State.

COLEMAN, Justice.

Petition of Gus Conner, Jr. for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Conner v. State, 52 Ala. App. 82, 289 So.2d 650.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, McCALL and JONES, JJ., concur.